UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 3:14-00071-03 |
| | ) | JUDGE CAMPBELL |
| MICHAEL GREGORY | ) | |

ORDER

Pending before the Court is a Motion to Set Change of Plea Hearing (Docket No. 86). The Motion is GRANTED in part and DENIED in part.

The requested time is not available. However, the Court will hold a change of plea hearing for Defendant Michael Gregory on July 21, 2014, at 10:30 a.m.

IT IS SO ORDERED.


_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE